POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nathan Talei (State Bar No. 281498)<br>Law Offices of Sepehr Daghighian, P.C.<br>433 N. Camden Drive, Fourth Floor<br>Beverly Hills, California 90210<br>TELEPHONE NO.: (310) 887-1333   FAX NO. *(Optional):* (310) 887-1334<br>E-MAIL ADDRESS *(Optional):* nathan@daghighian.com<br>ATTORNEY FOR *(Name):* PLAINTIFF LIFE IS NOW, INC. | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ USDC Central District
STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS: 312 N. Spring St.
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: U.S. District Court; Central District

PLAINTIFF/PETITIONER: LIFE IS NOW, INC.

DEFENDANT/RESPONDENT: INTERNET.BS CORP, ET AL.

CASE NUMBER: 2:12-CV-10955-PSG-PLA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Certification and Notice of Interested Parties; Notice of Assignment to Magistrate Judge.
3. a. Party served *(specify name of party as shown on documents served):*
   INTERNET.BS CORP, a business entity form unknown

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   8619 NW 68th St., Miami, FL 33166-2667
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*        (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*        from *(city):*        or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: LIFE IS NOW, INC. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: INTERNET.BS CORP, ET AL. | 2:12-CV-10955-PSG-PLA |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* January 4, 2012    (2) from *(city):* Beverly Hills, California

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   - [ ] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [✓] other: Business entity form unknown

7. **Person who served papers**
   a. Name: Nathan Talei
   b. Address: 433 N. Camden Dr., Fourth Floor, Beverly Hills, CA 90210
   c. Telephone number: (310) 887-1333
   d. **The fee** for service was: $
   e. I am:
     (1) [✓] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] a registered California process server:
       (i) [ ] owner [ ] employee [ ] independent contractor.
       (ii) Registration No.:
       (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: January 7, 2013

Nathan Talei
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*